## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Aaron B. Roberts,                         :          CASE NO. 1:17-CV-00779
                                          :
                                          :          Judge Susan J. Dlott
          Plaintiff,                      :
                                          :
     vs.                                  :
                                          :
Chris A. Bowen                            :
                                          :
          Defendant.                      :

---

### NOTICE OF DEPOSITION

---

Please take notice that Defendant Sergeant Chris A. Bowen will take the deposition of

Plaintiff Aaron B. Roberts upon oral examination, under oath, on Friday, November 16th, 2018

beginning at 9:30 A.M. The deposition will be held in the office of Fishel Downey Albrecht &

Riepenhoff LLP, located at 7775 Walton Parkway, Suite 200, New Albany, Ohio 43054. The

deposition will be recorded by stenographic means and continue from day-to-day until

completed.

s/ Melanie J. Williamson
Melanie J. Williamson (0079528)
Grant J. Bacon (0093708)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
(614) 221-1216 - Telephone
(614) 221-8769 - Fax
mwilliamson@fisheldowney.com
gbacon@fisheldowney.com
*Attorneys for Defendant Chris A. Bowen*

FD AR  FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP℠  Attorneys at Law

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on October 29, 2018 via email upon:

Fredrick M. Gittes – fgittes@gitteslaw.com

Jeffrey P. Vardaro – Jvardaro@gitteslaw.com

/s/Melanie J. Williamson_____
Melanie J. Williamson (0079528)
Grant J. Bacon (0093708)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Attorneys for Defendant Chris A. Bowen*

FD
AR
FISHEL DOWNEY
ALBRECHT & RIEPENHOFF LLP™
Attorneys at Law

7775 Walton Parkway
Suite 200
New Albany, Ohio 43054

(614) 221-1216 PH
(614) 221-8769 FX
www.fisheldowney.com